# O'BRIEN & TAYLOR
## ATTORNEYS AT LAW

175 FAIRFIELD AVENUE
P.O. BOX 505
WEST CALDWELL, NJ 07007
TELEPHONE: (973) 226-0900
FAX: (973) 226-5149

JEROME F. O'BRIEN
FRANCIS M. TAYLOR

June 4, 2007

MAILING ADDRESS
P.O. BOX 505
WEST CALDWELL, NJ 07007

Robert Georgio
7 Cedar Lane
Purchase, NY 10577

RE: SCHWARTZ & BENJAMIN INC. V. ROBERT GEORGIO
    OUR FILE NO.: C132-459

Dear Sir:

I am in receipt of your recent telephone message advising that Shoes By Georgio is no longer actively operating. Enclosed is a copy of the personal guaranty which you previously executed. Please note that you are personally responsible for the $60,826.96 debt.

Would you please review the attached and contact our office so that we may discuss the matter in further detail.

Very truly yours,

JEROME F. O'BRIEN

JFO/pl
Enc.

# ACCOUNT APPLICATION

**BDS, INC.**
P.O. Box 831
100 Marine Blvd.
Lynn, MA 01903

Phone 781-595-5600
Fax 781-596-1475

Anne Klein, Anne Klein II
Footwear

**Firm name** (include full legal name and DBA, if applicable): Shoes by Georgio
**Phone:** 201-585-9284

**Billing Address:** 2151 Lemoine Ave, Ft Lee NJ 07600
**Fax:** 201-585-0570

**Shipping Address:** Same
**Phone:**

**Officers & Title, or if Partnership, name of partners:** Robert Georgio, PRESIDENT
**Home Address:** 33 HARROWS LANE PURCHASE N.Y. 10577
**Home Phone:** 914-997-1315

**Whom should we contact in your store on credit matters?**
**Merchandise Manager's Name:** PATRICIA GEORGIO
**Person responsible for paying the bills? Buyer's Name:**

**Company Information:** (✓) Corporation ( ) Partnership ( ) Proprietorship  State in which Incorporated & year? ___ D & B Listed Y or N

**Years in business?** 15   **Years at present location?** 15   **Sales Tax:** _ exemption certificate/resale certificate attached

**References:** Names of those from whom you purchase on an open account. Give at least five.

| Name | Address | Acct# | Phone |
|---|---|---|---|
| PRADA | 50 W. 57th St, New York | | 212-307-9300 |
| WALTER STEIGER | 34 E. 57th St, New York | | 212-888-0662 |
| STEPHANE KELIAN | 160 Wooster St, New York | | 212-715-0925 |
| BUCKRAM | 3 W. 57th St, New York | | 212-688-0556 |
| FIERAMOSCA | Portland, ME | | 207-775-7610 |

**Bank Reference:** FLEET BANK  **Address:** FT. LEE  **Acct#:**  **Phone:** 201-585-3500

**Multiple Store Locations:** Owned or Leased  Sq. Ft.  Date Acquired  Phone
**Location:** 42 middle Neck Rd. Great Neck NJ 11001
List additional locations on separate piece of paper.

**Have you gone through a bankruptcy or compromised a debt in the last 5 years?** NO   **Are any assets pledged or debts secured except as shown?** NO

**Insurance carrier:** Standard Funding Corp.   **Ever had a loss from fire or theft?** (If yes, explain)

**Name of parent company, if a subsidiary:**

For the purpose of obtaining merchandise from BDS, Inc. (SELLER) on credit, the customer provides the above information and warrants to seller that the information is complete, true and accurately reflects the present financial condition of the customer. Upon acceptance of this application by the SELLER, the customer agrees to make payments in accordance with the terms and conditions set forth in our invoices and price lists provided by the SELLER. The customer understands that any price discounts allowed by the SELLER are subject to timely payment in accordance with SELLERS Invoices, and the customer agrees to pay the full undiscounted price for any merchandise as to which full and timely payments are not made in accordance with the invoice terms. The customer agrees to pay interest on invoices past due at the rate of eighteen (18) percent per annum (or the highest interest allowable under applicable state law, whichever is less). In case it becomes necessary for BDS, Inc. to retain the services of an attorney or collection agency in the collection of any amount past due, the customer agrees to pay the SELLER reasonable attorney's fees, collection costs, and court costs. The applicants making application herein shall be personally liable for all charges for goods, products, and services furnished by the SELLER regardless of whether said applicant is acting as trustee of a trust, as an officer or agent of a corporation, as a partner of a partnership or as an agent for any disclosed or undisclosed principal unless there is an express agreement in writing signed by a duly authorized officer of SELLER and the person or entity to be charged, exempting the applicant from personal liability. Acceptance by the SELLER of checks, drafts, or payments from third parties for any charges made pursuant to this application shall not be deemed to be a waiver of this provision or the equivalent of the agreement in writing called for by this provision to exempt the applicant from personal liability. The interpretation and enforcement of this agreement shall be governed by the laws of the Commonwealth of Massachusetts.

**Firm's Name:** _____  **Officer/partner/owner signature:** _____  **Title:** Owner  **Date:** 2/4/98

TOTAL P.02