| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.6151 | AND FILED ON    6/29/2007 |

ROBERT GEORGIO                                                                 Plaintiff(s)/Petitioner(s)

Vs.

O'BRIEN & TAYLOR, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                                            SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/9/2007 at 1:28PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR **

Party Served: O'BRIEN & TAYLOR    (herein called recipient) therein named.

At Location: 175 FAIRFIELD AVENUE
WEST CALDWELL NJ

By delivering to and leaving with FRANCIS TAYLOR and that deponent knew the person so served to be the ASSOCIATE ATTORNEY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair WHITE
Age 45   Height 5'10"
Weight 180/190    Other Features MOUSTACHE

**Appeals; Individual Practices of Judge Charles L. Brieant; and
  Procedural Hints and Requirements for Trials, Judge Charles L. Brieant

Sworn to before me on 7/10/2007

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010