*Bryant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
- - - - - - - - - - - - - - - - - - - x

ROBERT GEORGIO,                    :    07 Civ. 6151 (CLB)

        Plaintiff,
                              :

  - against -                      STIPULATION
                              :    EXTENDING TIME TO
                                   RESPOND TO COMPLAINT
O'BRIEN & TAYLOR and SCHWARTZ &          *& ord*
BENJAMIN INC. a/k/a BDS, INC.,     :

        Defendants.          :

- - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED AS FOLLOWS:

    1.   Defendants acknowledge service of the summons and complaint herein and waive any defense based upon defect in service of process.

    2.   The time within which defendants may appear to answer or otherwise respond to the complaint is extended to and including August 31, 2007.

    3.   The reason for the adjournment is so that the parties may memorialize a settlement agreement reached between them which

includes the dismissal of this action with prejudice.

Dated: White Plains, New York
       July 26, 2007

                    DANZIG FISHMAN & DECEA

                    By: _____
                    THOMAS B. DECEA (TD 9105)
                    A Member of the Firm
                    Attorneys for Plaintiff
                      Robert Georgio
                    One North Broadway, 1202
                    White Plains, New York 10601
                    (914) 285-1400

                  O'BRIEN & TAYLOR

                  By: _____
                    FRANK TAYLOR, ESQ.
                  A Member of the Firm
                  Attorneys for Defendants
                  175 Fairfield Avenue
                  West Caldwell New Jersey 07007
                  (973) 226-0900

SO ORDERED:

_____
U.S.D.J.

dated: August 2, 2007

H:\48228\0002\00014165.DOC     1 of 2