| STATE OF | NEW YORK | INDEX NO: | 07CIV.6151 |
|---|---|---|---|
| COURT: | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | DateFiled: | 6/29/2007 |

| Plaintiff(s)/Petitioner(s) | ROBERT GEORGIO | |
|---|---|---|
| Defendant(s)/Respondent(s) | O'BRIEN & TAYLOR, ET AL | Vs |

STATE OF   MASSACHUSETTS
COUNTY OF: ESSEX                                                                                                    SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of MASSACHUSETTS   Deponent served the within process as follows:

Process Served:   SUMMONS, COMPLAINT, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEALS ; Individual Practices of Judge Charles L. Brieant; and Procedural Hints and Requirements for Trials, Judge Charles L. Brieant

Party Served:   SCHWARTZ & BENJAMIN INC. A/K/A BDS, INC.

At Location:   ~~100 MARINE BLVD.~~

~~LYNN, MA 01903~~

Date of Service   7-12-07         Time of service   12:00 PM.

SERVED at 1 First Street, Peabody, Ma.

☑ Check boxes that apply to this service:

☐ #1, INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☑ #2 CORPORATION   By delivering to and leaving with _Robert Sabelli_ and that deponent knew the person so served to be the _Controller_ of the corporation and authorized to accept service.

☐ #3, SUITABLE AGE PERSON   By delivering to and leaving with _____ a person of suitable age and discretion Said premises is recipient's [ ]actual place of business [ ]dwelling house(usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ]dwelling house(usual place of abode) within the state.

☐ #5 MAILING COPY   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

☐ #6, NON-SERVICE   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address   [ ] Evading
[ ] Moved left no forwarding   [ ] Address does not exist
[ ] Other _____

☑ #7 DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M   Color of Skin: W   Color of Hair: Brown   Age: 40-50   Height: 5'4"
Weight: 150   Other Features _____

☐ #8 WITNESS FEES   $_____ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient

☐ #9, MILITARY SERVICE   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on   7-16-07            JoAnn Marquis   7/16/07

Debra Larson
NOTARY PUBLIC
My commission expires Oct. 25, 2013